Margaret E. Garms, State Bar No. 84938
Donna T. Parkinson, State Bar No. 125574
**PARKINSON PHINNEY**
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone:    (916) 449-1444
Facsimile:    (916) 449-1440
E-mail: donna@parkinsonphinney.com

Counsel for Plaintiff, Bruce P. Kriegman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRUCE P. KRIEGMAN,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>WARREN McKEAN,<br><br>　　　Defendant | Case No.  2:16-mc-00136-WBS-CKD<br><br>**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br>**[Rule 4(c), Fed. R. Civ. P.]**<br><br>**[No hearing required]** |

　　　Plaintiff, Bruce P. Kriegman, pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure, requests that any registered process server employed by Ace Attorney Service, Inc. – all of whom are at least 18 years of age, of suitable discretion and not party to the within action – be authorized and appointed to serve the writs in the above case.  The U.S. Marshal's Office will remain the Levying Officer.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 16, 2016　　　　　　　PARKINSON PHINNEY

　　　　　　　　　　　　　　　　　　　*/s/ Margaret E. Garms*
　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Margaret E. Garms, Counsel for
　　　　　　　　　　　　　　　　　　　Plaintiff, Bruce P. Kriegman

/////
/////
/////

SO ORDERED:

Dated: August 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE